IN THE UNITED STATES DISTRICT COURT
FOR THE **EASTERN** DISTRICT OF **KENTUCKY**
**Kentucky** DIVISION
*(Write the District and Division, if any, of the
court in which the complaint is filed.)*

Eastern District of Kentucky
F I L E D

MAR 29 2020

AT ASHLAND
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

## RODNEY D. NELSON

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for Violation of Civil
Rights**
(Prisoner Complaint)

Case No. **7:21-cv-24-DCR** *(to
be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
*(check one)*

-against-

Ward, patrick, unit counselor (Jane Doe)
Captain (John Doe), Warden (Jhon Doe)
Diffrent Staff Members 30 (John Doe)

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names. Do not include
addresses here.)*

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name    RODNEY DARREN NELSON

All other names by which you have been known:

_____

ID Number    # 11564-379

Current Institution    Beaumont (U.S.P)

Address    P.O. BOX, 26030
Beaumont, TX 77720

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name    Captain (John Doe)

Job or Title    Captain (EXECutive Staff)
(if known)

Shield Number    _____

Employer    BiG SANDY United States penitentiary

Address    P.O. BOX, 2067
Inez, KY 41224

☑ Individual capacity        ☑ Official capacity

Defendant No. 2

Name    Ward

2

Job or Title    Unit Manager
(if known)

Shield Number

Employer    BIG SANDY (United States Penitentiary)

Address    P.O. BOX, 2067
Inez, KY 41224

☑ Individual capacity    ☑ Official capacity

Defendant No. 3

Name    Patrick

Job or Title    Case Manager
(if known)

Shield Number

Employer    BIG Sandy (United States penitentiary)

Address    P.O. BOX, 2067
Inez, KY 41224

☑ Individual capacity    ☑ Official capacity

Defendant No. 4

Name    Jane Doe

Job or Title    C-4 Unit Counselor
(if known)

Shield Number

Employer    BIG SANDY (United States Penitentiary)

Address    P.O. BOX, 2067
Inez, KY 41224

☑ Individual capacity    ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

A.  Are you bringing suit against *(check all that apply)*:

☑  Federal officials (a *Bivens* claim)

☐  State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_____

_____

_____

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Federal officials violated Plaintiff Rodney D. Nelson rights and Constituted cruel and unusual Punishment under the 8th Amendment to the United States constitution.

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

patrick sexual assault and cruel and unusual punishment. Ward assault and cruel and unusual punishment. Captain assault and cruel and unusual punishment. See Attachment

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐  Pretrial detainee

☐  Civilly committed detainee.

☐  Immigration detainee

4

☐    Convicted and sentenced state prisoner

☑    Convicted and sentenced federal prisoner

☐    Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____

_____

_____

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

BiG SANDY (U·S·P)  C-4 unit _____

_____

_____

C.    What date and approximate time did the events giving rise to your claim(s) occur?

On 11-07-19 at approximately 7:30 AM. _____

_____

_____

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Attached. _____

_____

_____

5

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The Plaintiff Rodney D. Nelson sustained injuries to his left arm and finger's to where he has permanent nerve damage, He also has nerve damage to his right foot, The Plaintiff has mental damage from the sexual assault, The Plaintiff suffer's cold sweat's at night when he sleep's and a permanent scar on his penis. The Plaintiff sustained a Black eye and a Blood clout in his Right eye, see Attached.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

The Plaintiff is asking for compensatory Damages, Punitives Damages and Declatory Relif, Jointly and Seperately against each Defendant involved in this case.

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

6

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑   Yes

☐   No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

BiG sandy (United States Penitentiary)

Inez Kentucky

C-4 Unit

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑   Yes

☐   No

☐   Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐   Yes

☐   No

☑   Do not know

If yes, which claim(s)?

_____

_____

_____

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑   Yes

☐   No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐    Yes

☐    No

E.    If you did file a grievance:

1.    Where did you file the grievance?

Plaintiff Rodney D. Nelson used the prisoner administrative remedy process available at (U.S.P) BIG Sandy to try and solve the problem.

2.    What did you claim in your grievance?

Plaintiff Rodney D. Nelson Claimed he was physicaly and sexualy assaulted and deliberate indifference to serious medical needs after the use of excessive force, corporal punishment of being placed in Four point restraints, torture.

3.    What was the result, if any?

On 11-26-2019 Plaintiff Rodney D. Nelson, presented all of the facts relating to this complaint. In February of 2021 Plaintiff was given a response, saying that he would not be informed of any action taken against staff or Made privy to any result.

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

In March of 2021 Plaintiff completed the highest level of the grievance process.

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

_____

_____

_____

_____

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

_____

_____

_____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

In The Process of Plaintiff Rodney D. Nelson eXaustion of his administrative Remedies, his Due Process right's has Been Violated. not Being responded to in a timely Manner.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐   Yes

 No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐   Yes

☑   No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)  _____

Defendant(s)  _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐   Yes

☐   No

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐    Yes

☑    No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)  _____

Defendant(s)  _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐    Yes

☐    No

11

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: **3-25**, 20 **21**

Signature of Plaintiff    *Rodney nelson*

Printed Name of Plaintiff    RODNEY D. Nelson

Prison Identification # 11564-379    Beaumont (USP)

Prison Address P.O. BOX, 26030

Beaumont          Texas              77720

City                State              Zip Code

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney        _____

Printed Name of Attorney    _____

Bar Number            _____

Name of Law Firm        _____

12

Address _____

Telephone Number _____

E-mail Address _____

13

# I.   The Parties to This Complaint

## B. THE Defendant(S)

### Defendant NO. 5

NaME                     Diffrent Staff MemBers 30 (John Doe)
(JoB or Title)           Correctional Officer
SHield Number            NA
Employer                 BiG SANDy united states penitentia
Address                  p.o. BOX, 2067
                         INeZ, KY  41224

☑ Individual Capacity         ☑ Official capacity

### Defendant NO. 6

NamE                     Warden (Then Doe)
(JoB or Title)           EXECUTIVE STAFF
SHield Number            NA
Employer                 BiG SANDy united states penitentia
Address                  p.o. BOX, 2067
                         INeZ, KY     41224

☑ Individual Capacity         ☑ Official capacity

II.    Basis For Jurisdiction

D.

Warden Aidding cruel and unusual punishmen

30 Diffren Staff Members assault

Unit Counselor (Jane Doe) Aidding cruel and
unusual punishment

# IV  Statement of Claim

On 11-7-19 at approxiately 7:30AM in c-4 unit team me and My cell-mate David Jackson #83418-004 was physicaly assaculted and Beat up while we were in hand restraints, on 11-6-19 when we First arrived in c-4 unit the male officer on Duty was notified By me that the water wasn't working in cell 420 Then the male office came and checked the plumbing system and then he said I'll move you Nigger's to another cell He then moved us to another cell wich is all on camera the following morning right after the officer past out Breakfast about 7:30Am a female c-4 unit counslor and case Manager patrick unlocked our door, we were on modified lockdown at the time. The female Counslor said who the fuck told you motherfuckers to move in this motherfucking cell, so we then told her that the night shift officer moved us Because the plumbing with the water wasn't properly working, She then said you motherfucke dont run shit in this unit this is my motherfucking unit. So I said noBodys disrespected you, So then she said what you guys must be coming from a FCI Because we didn't like the way she was talking to us, I then told her we come from (U.S.p)$^5$ that shows respect to Convict's. She said well yall need to pack your shit up so that I can move yall Back in cell-420 Because that's where yall where asigned to Be housed. As we where getting our property to move the female counslor said you Nigger's aint Moving Fast enough, case manager patrick then said I sa just you nigger's hurry up and move or Ima move it for you. Then the female counslor threw him a pair of hand-restraint's on so tight I couldn't Feel my Finger's, as I was moving From one cell to the other I could Feel something wet and cold running down my Leg But at the time I wasn't aware what it was untill we made it in cell 420 when we made it Back in the cell the Female counslor check the water and seen we were telling the truth, she said we still

We not Moving and she said she will call somebody to Fix the Plumbing. at this time Me and My cell-mate is still in the hand-restraints, my cell-mate tells me I Bleeding From my hand and when I realize there is Blood all on the Floor, so at the time medical staff was present on the unit For AM Medical Call I asked Patrick Can I get some medical attention For My injury's he said Hell No, Know take off the handrestraints so then I told him that Im Refusing to uncuff and I would like to talk with an higher Ranking official so then He and the Female counslor Lock's the door and Leaves us in Handrestraints in cell 420 Then shortly after Case-Manager Patrick and the Female and Two other Male officer's and unit Manager ward showed up, I explained everything to unit maneger ward telling him about how the plumbing and I showed him my injury's From the handrestraint's and I also asked him For medical attention, he said I don't have no medical attention For you Nigger and yall ain't Moving cell's so I susjust you Nigger's Take off My Handrestraints Before We take them off For you. so then I told him that IM Requesting to go to the SHU instead Because I don't Feel Comfterble in C-4 unit Because of the aggressiveness coming From unit team and if I can't speak with the operations L.T. and so IM in Fear of My Life. Patrick and ward then said we don't have no room For you in the (SHU) they then rushed the cell and pened me against the Back of the cell I wasn't Resisting to take off the handrestraint, so then as they was Begaining to take off the handrestraints the Female counslor and one of the Male officers was standing at the door so then one of the Male officer's Was standing over My cell-mat David Jackson #83418-004 and started screan stop Resisting stop Resisting my cell-mate didn't pose no threat of Resisti Because he was sitting in a chair close to the door and We still had on

Handrestraint's So then the officer started punching My cell-Mate with a closed Fist screaming Stop Resisting then unit-Maneger ward and case maneger patrick Slamed Me Face Down and said you two Nigger's get the Fuck down and stop Resisting they started punching Me while I was on the Floor halfway under the Bunk erea as I was asking them to please stop patrick said shut the Fuck up Nigger I hate you nigger's yall always thinking yall running shit, as he was Hitting Me in the Face unit Maneger Rodney ward was punching Me with a closed Fist in My Body erea every punch they where saying I hate you Nigger's always thinking yall running Shit, in the Middle of this assault case Maneger patrick stoped punching Me and asked the Male officer short with glasses where is the captain, is the captain here yet, the Male officer By the door was holding Jigger's the Female officer Looked in the cell and seen what was happening, with a Look of Knowing that they where wrong case maneger patrick then grabbed My penis with his right-hand and said we should cut his dick off Because no nigger deserves to have one. I Field prea on this situation it realy Bother's me to talk about this part of the assault Because he took a part of Me when he violated My Man-hood. about 15 minites Later the team and High ranking officials showed up so at the time I thought the assault was over But that was the Begaining, shortly after that Case maneger patrick was Bringing me out the cell with no shoe's on Because they Beat me out of them. as I was coming out of the cell outside of 420 cell the male officer that was holding Jigger's screamed Stop Resisting and he punched Me in the Face with a closed Fist and

I fell on the ground from the impact and patrick started Kicking Me in the face, so then patrick grabbed Me from the Back of MY Kneck and he told Me to keep MY Head down faceing the floor in a Bent over position in a duck walk Backwards, this was a Tactic that they used to keep MY eye's faceing the floor so that I couldn't reconize no faces while I was being assaulted as I was duck walking Backwards out of the C-4 unit the other inmates in the unit was Banging on the door Because they seen part of the assault. Shortly after we Made it to the corridor where there was a restraints chair patrick and another Male officer with Brown Kaki cargo pants strapped Me to the chair and the Male officer asked him what did I do he said uh uhmm I don't Know well fuck it well just say staff assault. The medical staff walked up and said he Breathing he's fine and they started walking off two females I believe, Then as I was strapped to the chair the Male officer with the Brown cargo pants took his Right index finger and stuck it in MY eye and he took his Left hand covered MY mouth and nose then he took his Right Knee and placed it in MY stomache, I tried to tell him please sir I cant Breath But I wasn't unable to say anything. He then told me we gone teach you a Lesson Boy you'r going to the white room where there is no cameras, Shortly after this assault I passed out and when I Came to I was in a small room still strapped to the restraints chair with a officer holding MY head down to the ground this is the same tactic they used so that I couldn't I.D none of the officer's, I could see officers stretching and popping there Knuckles, Like they

are getting ready to workout. Then I hear on of the officer say I haven't had this much fun since last christmas this room was across from the white room, I can hear officer's saying we gone have fun with these nigger's. as as I was sitting in this room waiting in restraints I could hear screams coming from the room across, I heard an inmate say please stop I'm coughing up Blood, I thought it was my cell-mate Jackson, But he was already in 4-point restraints. Come to find out it was one of the inmates that was Banging on the door for them to stop assaulting me and my cell-mate when we was in C-4 unit, I then heard a nurse tell one of the officer's this guy needs medical attention he is spitting up Blood, that's when I found out medical staff know what's Been going on in Big sandy. Shortly after I was wheeled in the hallway where I was Brought in the room, that they call the white room I noticed that there was no cameras when I looked around the room there was 30 to 35 officer's standing around and also about two higher ranking officials present, I could tell on how they conducted the assault the rest of the officer's was taking order's from him, he told me to stand up so they can remove the handrestraints when they started to remove the hand restraints he made a head nod and they started punching kicking me and then they started to rotate 5 at a time when they made it to the 3rd rotation I passed out when I came to I I'v remember the High ranking officials with the green cargo's and Brown soft matirial shoe's that look to be combat Boots said do you know where your at do you know where your at nigger, I said no hoping they would stop

But the assault contenued. diffrent Staff members puncha
Me Kicked Me untill I was unconssous they told me that
Kentucky is no safe place For a nigger during my
assault case maneger was present the whole entire
time he never Left My side he made it real personel,
shortly after they cut My clothes off and put on paper
Blue clothes and then they put Me on white paper
Female panties case maneger patrick put the panties
on Me while I was in restraints this was real troubling
For them to make put on panties. Then I was taking
to Four points Restraints then at about approxiatly in
Bettween 4:00pm and 7:00 pm the captain entered My
Room without medical staff present, that occured a
Couple of times with the L.T. too. captain entered My
Room and told Me I hate you Nigger's and I hope you
have Learned you'r Lesson. I told him I have and
could he please Loosen up the restraints, Then he asked
Me where are you From Boy I said Texas he said I
hate everything in Texas. Then he grabbed Me By My Feet
and started pulling Me in a Back and Forth Motion to
Bring More pain From the restraints By pulling skin off My
Legs. My hands and Feet Felt Like they were about to
Fall off Because they where so numb. I Felt Like I was
in a Tourcher chamber Becase we were in 4-points
For about 17 to 18 hours Medical Staff wouldn't Loosen the
cuffs we didn't eat or Drink nothing untill the next morning.
My Family couldn't write me Because they were throwing My
Mail away, I was Denied medical attention For My injury's,
medical didn't see me untill My Last two weeKs there. I was
in the Shu almost 4-Months they took X-Rays after I Told

the nurse I can't feel My Fingers and My Left Shoulder down to My elbow I have permenant nerve damege and My Foot. I Reported injury's about cuts and Skin that was coming OFF from the handrestraints and Black eye's and Blood clout from My eye's nobody came.

# V. Injuries

Cut's on The Plaintiff's rist and ankles from the Punishment of Being Placed in four Point restraints for about 18-hour's for torture Purposes only, The Plaintiff was denied medical attention for his injuries, Medical didn't see him untill His Last two weeks there, He was in special Housing unit four months. They took X-Ray's after he told the nurse he can't feel his finger's and his Left shoulder down to his elbow and foot. The Plaintiff didn't recieve medication for his injuries untill he was removed from Big sandy (U.S.P). The Plaintiff also asked them if they could give him Prison Rape elimination act Hot line when he was interviewed By Psychology Department so that he can deal with the mental abuse from the sexual assault. The Plaintiff has no Plain, adequate or any complete remedy at Law to redress the wrongs described Herein. Plaintiff has Been and will continue to Be irreparably injured By the conduct of defendants unless this court allows defendants to Be found liable of they action