EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
SOUTHERN DIVISION at Pikeville

Eastern District of Kentucky
**F I L E D**

APR 26 2021

CIVIL ACTION NO. 7:21-cv-24-DCR   (Court Clerk will supply)

AT PIKEVILLE
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

Rodney D. Nelson
PLAINTIFF

VS:

R. Ward (30 Staff Members) Jhon Doe's
Patrick
Captain (John Doe)
C-4 Unit counsElor (JAne Doe)
Warden (John Doe)

(do not use "et al.", enter full names)

DEFENDANTS

Demand for Jury Trial:
Yes (✓) No (___)

**I.    Plaintiff:**

A. Name (list any aliases): Rodney Darren Nelson

B. Prisoner ID #: 11564-379 Check one: Convicted ✓ Pretrial Detainee ___

C. Place of present confinement: Beaumont (U.S.P)

D. Address: P.O.BOX, 26030 Beaumot TX, 77720

**II.    Defendant(s):** (additional defendants may be listed on a separate sheet of paper)

A. Defendant's Name: R. Ward
   Title or Position: C-4 Unit Manager
   Place of Employment: BiG SANDY (United StateS penitentiary)

B. Defendant's Name: Patrick
   Title or Position: CaSe Manager C-4 unit
   Place of Employment: BiG SANDY (United States (Penitentiary)

Page 1 of 8

# II.   Defendant(s)

F.   Defendant's   Name: 30 Staff Members (John Doe's)

Title or Position: Correctional Staff

Place of Employment: Big Sandy (U.S.P)

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

C. Defendant's Name: Captain (John Doe)

Title or Position: Captain (EXEcutive Staff)

Place of Employment: Big SANDY (United States penitentiary)

D. Defendant's Name: (Jane Doe)

Title or Position: C-4 unit Counselor

Place of Employment: Big SANDY (United States penitentiary)

E. Defendant's Name: Warden (John Doe)

Title or Position: (EXEcutive Staff)

Place of Employment: Big SANDY (United States penitentiary)

## III.    Statement of Claim:

Below you should state the **FACTS** of your case.  You don't need to make legal arguments or refer to any cases or statutes.

If you wish to allege a number of related claims, write out each claim in a separate numbered paragraph.  (If you need more space, you may attach extra sheets).

A. What happened? Explain specifically what each Defendant did or failed to do.

Ward & Patrick While I was in cell-420 with handrestraints Unit Manager Ward and case Maneger Patrick Slamed Me Face down and said You two Nigger's get the Fuck down and stop resisting they Started Punching Me while I was on the Floor halfway under the Bunk area, Ward said Shut the Fuck up Nigger, I hate You Nigger's yall always think Yall running Shit, in the Middle of this assault case maneger Patrick Stoped punching Me and asked the Male (John)(Doe) and Female (Jane)(Doe) By the door holding Nigger's, where is the captian is he here Yet. case Maneger Patrick then grabbed MY Penis with his right hand and said We Should cut his dick off Because no nigger deserves to have one.

# III. Statement of Claim:

## A. What Happened? Explain specifically what each Defendant did or Faild to do.

30 Staff Members (John Doe's) Told me we gone teach you a Lesson Boy your going to the white room where there is no cameras, Then I passed out Because I couldn't Breath. When I woke up I was in a small room with about 30 John Doe's and Two High Ranking officials Present, The way they Conducted the assault the John Doe's was taking orders. He told me to stand up so that they can remove the handrestraints when the started to remove the handrestraints he made a head nod and they started Punching me kicking me and then they started to rotate **5** at atime when they made it to the 3rd rotation I passed out when I came to diffrent (John Doe's) Punched me kicked me untill I was unconssous they told me that Kentucky is no safe Place For a nigger. Shortly after they cut my clothes off and Put me on white Paper Female Under wear while I was in Restraints.

Captian (John Doe) At about 4:00pm in between 7:00pm The Captian (John Doe) entered the observation restraints room without medical staff, He told me I hate you Nigger's I hope you learned your Lesson, He said I hate everything in Texas Then he grabbed me By my Feet and started Pulling me in a Back and Forth Motion to Bring me more Pain. "See Attached"

# III. Statement of Claim

A. What Happened? Explain specifically what each Defendant did or Fail to do.

Warden See The Warden is Responsible For the totle operation of the institution. The Warden is supose to be interested in the overall wellfare of all inmates and to Maintain a safe Humane environment. The Warden Failed to Protect Me From the Violence I had to indure From his Staff Members.

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

(Jane Doe) C-4 unit counslor assisted and watched out while Ward Physicaly assaulted Me and while Patrick sexual assaulted Me.

30 staff members About 15 Minites Later, The Team and High Ranking officials (Jhon Does) arrived as Case Maneger Patrick Was Bringing Me out the cell the Male Jhon Doe that was holding Jigger's Screamed stop Resisting and he Punched Me in the Face With a closed Fist I Fell on the ground From the impact and Patrick Started Kicking Me in the Face. Shortly after We Made it to the Corridor, where there was a restraints Chair Patrick and another (John Doe) with Brown Kaki cargo Pants Strapped Me to the chair the (John Doe) took his right index Finger and stuck it in My eye and he took his Left hand and covered My Mouth and nose then he took his Right Knee and Placed it in My Stomache, He Then "See Attached"

B. When did these events happen?

On 11-07-19 at approxiately 7:30 AM in
C-4 Unit
unit Corridor

Page 3 of 8

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

C. Where did these events happen?

BiG SANDY (United States Penitentiary) C-4 Unit
Corridor area and observation Tank.

D. What rights under the Constitution, federal law, federal regulations, state law, or state regulations do you allege the Defendant(s) violated? State the specific constitutional provision or law if you know it.

Federal officials violated Plaintiff Rodney D. Nelson's
rights and constituted Cruel and unusual
Punishment under the 8TH Amendment to the
United States Constitution.

## IV. Exhaustion of Administrative Remedies

A prisoner must complete all steps of the prison's grievance process before filing any lawsuit that relates to prison conditions.

A. **Federal Prisoners** answer the following:

1. Did you file a grievance regarding the facts in this Complaint under Bureau of Prisons regulations?   YES ( ✓ )   NO ( ___ )

2. If so, did you (check **ALL** that apply):

   ✓ file a request or appeal to the Warden     11-26-19 date
   ✓ appeal to the Regional Director     11-26-19 date
   ✓ appeal to the Office of General Counsel     3-2021 date

3. **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

4. What was the result? On 11-26-2019 Plaintiff Rodney D. Nelson
Presented all of the Facts relating to this Complaint. on
2-2021 Plaintiff was given a response saying He want Be informed
of any action taken against staff or Made Privy to any result.

5. If you did not file a grievance, why not? _____

_____

_____

B. **State Prisoners** answer the following:

1.  Did you file a grievance regarding these facts under Kentucky Department
    of Corrections CPP 14.6 or an appeal of a disciplinary decision to the
    warden under CPP 15.6?          YES ( ___ )  NO ( ___ )

2.  If you filed a grievance under CPP 14.6, did you (check **ALL** that apply):

    _____ file a grievance and seek an informal resolution          _____ date
    _____ request a hearing from the Grievance Committee          _____ date
    _____ appeal to the Warden                                                   _____ date
    _____ appeal to the Commissioner                                         _____ date

    Did you file an appeal of a disciplinary decision to the warden under CPP 15.6?
                   YES ( ___ )  NO ( ___ )

                                                                                    _____ date

3.  **ATTACH** a copy of each grievance or appeal form you filed and the
    prison's response(s) to each grievance or appeal.

4.  What was the result? _____

_____

_____

5.  If you did not file a grievance, why not? _____

_____

_____

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

C.  **County or City Prisoners** answer the following:

1.  Is there a grievance/appeal policy at your jail?   YES (___)  NO (___)
2.  **ATTACH** a copy of the grievance/appeal policy to your Complaint, if available. If not, briefly describe the grievance/appeal policy below.

_____

_____

3.  Did you file a grievance regarding these facts?   YES (___)  NO (___)

4.  If you filed a grievance:

a.  What steps did you take to use the grievance process? _____

_____

_____

_____

_____

b.  What was the result? _____

_____

_____

c.  If unsuccessful, did you file an appeal?   YES (___)  NO (___)

d.  What was the result? _____

_____

_____

e.  Did you take any further steps in the grievance process?

YES (___)  NO (___)      NO MORE AVAILABLE (___)

f.  What was the result? _____

_____

_____

5.  If you did not file a grievance, why not?: _____

_____

_____

_____

_____

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

## V. OTHER LAWSUITS

A. Have you filed any other lawsuit **dealing with the same facts** raised in this action? YES ( ) NO (✔)

B. If your answer to question A is **YES**, describe the lawsuit in the space below. If you filed more than one other lawsuit, provide the same information for each other lawsuit on additional sheets of paper.

1. PARTIES:

Plaintiff: _____

Defendant(s): _____

_____

2. COURT: (name the district for a federal court, or the county for a state court)

_____

3. CASE NO.: _____ DATE FILED: _____

4. OUTCOME: (is the case still pending? was it dismissed? being appealed?)

_____

_____

5. DATE OF JUDGMENT, DISMISSAL, or APPEAL: _____

C. List any other lawsuits that you have filed in any state or federal court:

1. Plaintiff _____ vs. Defendant(s) _____

Court Name: _____ Case No.: _____

Nature of Claim: _____ Date Filed: _____

Outcome: _____ Date: _____

2. Plaintiff _____ vs. Defendant(s) _____

Court Name: _____ Case No.: _____

Nature of Claim: _____ Date Filed: _____

Outcome: _____ Date: _____

Page 7 of 8

⟨EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

3. Plaintiff _____ vs. Defendant(s) _____

Court Name: _____ Case No.: _____

Nature of Claim: _____ Date Filed: _____

Outcome: _____ Date: _____

## VI. Relief:

State exactly what you want the Court to do for you. You don't need to make legal arguments or refer to any cases or statutes, just explain what you want to happen if you prevail on your claim.

The PlaintiFF is asKing For CompenSatorY Damages
Punitives Damages and Declatory RelieF, Jointly
and SePerately against each DeFendant involved
in this Case.

## VII. Review this Form

Please take a moment to go back and review your responses to each of the questions. Immediately below you are required to certify under penalty of perjury that the information you have provided in this form is correct to the best of your knowledge, so please make sure that your responses fully and accurately explain your claim.

## CERTIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Rodney Nelson                11564-379        4-19-21
Signature of Plaintiff       Prison ID#        Date

Plaintiff's Address: P.O. BOX, 26030
                     Beaumont, TX, 77720

Page 8 of 8