UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| RODNEY D. NELSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:21-024-DCR |
| | ) | |
| v. | ) | |
| | ) | |
| R. WARD, et al., | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1.  The plaintiff Complaint [Record No. 5] is **DISMISSED** with prejudice.

2.  Judgment is **ENTERED** in favor of the the defendants with respect to the issues raised in this civil action.

3.  This action is **DISMISSED** and **STRICKEN** from the Court's docket.

4.  This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: November 12, 2021.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky